IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) ) | NO. 3:01-1251 JUDGE HAYNES |
| RON V. ECKLAND, ECKLAND AND ASSOCIATES, P.C., PATRICK M. THOMPSON and KELLY KRUSE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, the Defendants' motion for partial summary judgement (Docket Entry No. 69) is **GRANTED**. The Court **AWARDS** declaratory relief that the Plaintiff's deed of trust on the property at 132 Ensworth Avenue, Nashville, Tennessee has priority over the deed of trust held by the Defendant Kelly Kruse. The Plaintiff is entitled to initiate any foreclosure proceeding on that property.

It is so **ORDERED**.

**ENTERED** this the _13th_ day of July, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge